UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RONELY DESHON CHAMBERS**,

    Plaintiff,

v.                                               Case No. 05-74046
                                                     Hon. Bernard A. Friedman

**DENNIS M. STRAUB,** *et al.,*

    Defendants.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated June 27, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated June 27, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6) of Defendants Goetz and Bowman be granted and that Defendants Jacobson, Sawyer, O'Connell, Simon, Hamblin, Morris and Gordon's Motion to Adopt and Incorporate Co-Defendants/Troopers Goetz and Bowman's Motion to Dismiss be granted, dismissing plaintiff's action with prejudice on the basis that all claims against defendants are time barred.

   July 12, 2006                               s/Bernard A. Friedman
    Detroit, Michigan                      BERNARD A. FRIEDMAN
                                             CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **/s/ Patricia Foster Hommel**
      **Patricia Foster Hommel**
**Secretary to Chief Judge Friedman**